No. 01–525.  EZELL *v.* DIRECT LABOR, INC., ET AL.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 01–527.  ERKINS ET UX. *v.* BIANCO ET AL.  C. A. 2d Cir. Certiorari denied.

No. 01–528.  DALLAS AREA RAPID TRANSIT *v.* WILLIAMS. C. A. 5th Cir.  Certiorari denied.

No. 01–531.  FARM & GROVE REALTY CO. *v.* BREVARD COUNTY, FLORIDA, ET AL.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 01–539.  BENSON *v.* SAFFORD ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–549.  RICHTER *v.* RICHTER.  Ct. App. Minn.  Certiorari denied.

No. 01–555.  DOE ET AL. *v.* EAGLE-UNION COMMUNITY SCHOOL CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–574.  SHOLDRA *v.* CHILMARK FINANCIAL, LLP.  C. A. 5th Cir.  Certiorari denied.

No. 01–575.  ALLUSTIARTE ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 01–576.  COOPER *v.* BOARD OF EDUCATION OF MURPHYSBORO COMMUNITY UNIT SCHOOL DISTRICT 186, JACKSON COUNTY, ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 01–577.  CAMOSCIO *v.* MASSACHUSETTS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 01–580.  KINLAW *v.* SECURITIES AND EXCHANGE COMMISSION; and
No. 01–588.  PARKER ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION.  C. A. 5th Cir.  Certiorari denied.  Reported below: 254 F. 3d 1080.

No. 01–598.  LAWSON *v.* FEDERAL TRADE COMMISSION.  C. A. 9th Cir.  Certiorari denied.